# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

CHARLES LEE AVERY

*Plaintiff(s)*

v.   Civil Action No. 1:21CV17

P. ADAMS

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: Petitioner's petition is DENIED and DISMISSED WITHOUT PREJUDICE, judgment is entered in favor of Respondent and this case is STRICKEN from the active docket.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge  John Preston Bailey

Date: October 25, 2021

*CLERK OF COURT*
Cheryl Dean Riley
/s/   C. Daniels, Deputy Clerk

*Signature of Clerk or Deputy Clerk*